**Tony DUPREE, Plaintiff–Appellant,**

and

**Sharonda Thomas, Plaintiff,**

v.

**TRINITY HOME IMPROVEMENT, INCORPORATED;  Leland  Wheatley, C.E.O.;  Troy  Wheatley,  President; Paula Wheatley, Vice–President; Norman Whitelock, Vice–President, Defendants–Appellees.**

**No. 01–2120.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 28, 2002.

Tony DuPree, Appellant Pro Se.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Tony DuPree seeks to appeal the district court's order dismissing his 42

U.S.C.A. §§ 2000e to 2000e–17 (West 1994 & Supp.2001) employment discrimination complaint as to some, but not all, Defendants. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*